JOHN W. HUBER, United States Attorney (#7226)
VERNON STEJSKAL, Assistant United States Attorney (#8434)
TYLER MURRAY, Assistant United States Attorney (#10308)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682



U.S. DISTRICT COURT

2015 DEC -2  D 4: 09

DISTRICT OF UTAH

SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMER HAZIM MOHAMMED SALIH,<br><br>Defendant. | **INDICTMENT**<br><br>VIOL.  21 U.S.C. § 841(a)(1) and § 846<br><br>Conspiracy to Distribute XLR-11, a Synthetic Cannabinoid<br><br>Possession of XLR-11 with Intent to Distribute |

Case: 2:15-cr-00716
Assigned To : Waddoups, Clark
Assign. Date : 12/2/2015
Description: USA v.

The Grand Jury charges:

### COUNT 1

[21 U.S.C. § 841(a)(1) and § 846]

**(Conspiracy to Distribute XLR-11)**

On a date unknown, but at least by August 28, 2012, and continuing through June 30, 2014, in the Central Division of the District of Utah and elsewhere,

SAMER HAZIM MOHAMMED SALIH,

the defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to distribute XLR-11, a synthetic cannabinoid commonly known as "spice," a Schedule I controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C § 841(a)(1) and 21 U.S.C. § 846, and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 2

[21 U.S.C. § 841(a)(1)]

### (Possession of XLR-11 with Intent to Distribute)

On or about March 27, 2014, in the Central Division of the District of Utah,

SAMER HAZIM MOHAMMED SALIH,

the defendant herein, did knowingly and intentionally attempt to possess with intent to distribute XLR-11, a synthetic cannabinoid commonly known as "spice," a Schedule I controlled substance within the meaning of 21 U.S.C. § 812; and did aid and abet therein, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

### NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841 or 846, as set forth in this indictment, the Defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violations.

If any of the property described above, as a result of any act or omission

of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 18 U.S.C. § 982(b) and 21 U.S.C. § 853(p).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

_____
VERNON STEJSKAL
Assistant United States Attorney