IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **SAMER HAZIM MOHAMMED SALIH,** <br><br> Defendant. | **REVISED ORDER TO CONTINUE** <br><br> Case No. 2:15-cr-00716 <br><br> Judge: Clark Waddoups |

The Court previously entered an Order to Continue Sentencing, (ECF No. 70.) That Order included the wrong case number.

As previously ordered, the court ORDERS as follows:

1. The sentencing hearing set in this matter for January 22, 2019 at 2:00 p.m. is vacated.

2. The matter is now reset for sentencing on March 12th, 2019, at 1:00 p.m.

Dated this 22nd day of January, 2019.

BY THE COURT:

_____
HONORABLE CLARK WADDOUPS
UNITED STATES DISTRICT COURT
JUDGE